PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Gilberto Barrios      Cr.: 2:11CR00235-001
     PACTS #: 18878

Name of Sentencing Judicial Officer: Honorable Lenore C. Nesbitt
    United States District Judge
    (Southern District of Florida)

Name of Newly Assigned Judicial Officer: Honorable Katharine S. Hayden
    Senior United States District Judge
    (Jurisdiction Transferred on April 11, 2011)

Date of Original Sentence: April 6, 1999

Original Offense: Conspiracy to Possess with Intent to Distribute Cocaine, Conspiracy to Import Cocaine, and Possession with Intent to Distribute Cocaine.

Original Sentence: Imprisonment - 324 months; Supervised Release - 5 years; Special Assessment - $150; Fine - $15,000.00

Type of Supervision: Supervised Release      Date Supervision Commenced: April 8, 2010

## STATUS REPORT

U.S. Probation Officer Action:

On April 6, 1999, the offender was sentenced by the Honorable Lenore C. Nesbitt, United States District Judge for the Southern District of Florida, to 324 months imprisonment to be followed by 5 years supervised release. The following special conditions were imposed: Cooperation with INS, the defendant shall not reenter the United States without the permission of the U.S. Attorney General, and mental health treatment. He was also ordered to pay a $150 special assessment and $15,000.00 fine.

Jurisdiction was transferred to Your Honor on April 11, 2011.

Mr. Barrios currently resides in Wayne, New Jersey. He has been employed with Cabinets 4 Less since January of 2014. We believe that Mr. Barrios has paid the court-ordered fine to the best of his financial ability. To date, he has paid $14,048.90 toward his financial obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

PROB 12A - Page 2
Gilbert Barrios

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Barrios' term of supervision to expire as scheduled on April 7, 2015.

Respectfully submitted,

Barbara R. Kerrigan
Supervising U.S. Probation Officer
Date: March 2, 2015

---

*The Court Orders:*

[✓] Concur with the Recommendation of the U.S. Probation Office. Supervision to Expire on April 7, 2015.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

3/3/15
Date